# EXHIBIT A

ELECTRONICALLY FILED
6/15/2017 2:24 PM
27-CV-2017-900107.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
CHERYL STRONG RATCLIFF, CLERK

| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93  Rev.5/99 | COVER SHEET<br>CIRCUIT COURT - CIVIL CASE<br>(Not For Domestic Relations Cases) | Case Number: 27<br>Date of Filing: 06/15/2017 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

### IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA
### LOUISE RICHARDSON v. FERRELLGAS

**First Plaintiff:** ☐ Business  ☑ Individual  ☐ Government  ☐ Other

**First Defendant:** ☑ Business  ☐ Individual  ☐ Government  ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
- ☐ WDEA - Wrongful Death
- ☑ TONG - Negligence: General
- ☐ TOMV - Negligence: Motor Vehicle
- ☐ TOWA - Wantonness
- ☐ TOPL - Product Liability/AEMLD
- ☐ TOMM - Malpractice-Medical
- ☐ TOLM - Malpractice-Legal
- ☐ TOOM - Malpractice-Other
- ☐ TBFM - Fraud/Bad Faith/Misrepresentation
- ☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
- ☐ TOPE - Personal Property
- ☐ TORE - Real Property

**OTHER CIVIL FILINGS**
- ☐ ABAN - Abandoned Automobile
- ☐ ACCT - Account & Nonmortgage
- ☐ APAA - Administrative Agency Appeal
- ☐ ADPA - Administrative Procedure Act
- ☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
- ☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
- ☐ CVRT - Civil Rights
- ☐ COND - Condemnation/Eminent Domain/Right-of-Way
- ☐ CTMP - Contempt of Court
- ☐ CONT - Contract/Ejectment/Writ of Seizure
- ☐ TOCN - Conversion
- ☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
- ☐ CVUD - Eviction Appeal/Unlawful Detainer
- ☐ FORJ - Foreign Judgment
- ☐ FORF - Fruits of Crime Forfeiture
- ☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
- ☐ PFAB - Protection From Abuse
- ☐ FELA - Railroad/Seaman (FELA)
- ☐ RPRO - Real Property
- ☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
- ☐ COMP - Workers' Compensation
- ☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:**  F ☑ INITIAL FILING    A ☐ APPEAL FROM DISTRICT COURT    O ☐ OTHER
R ☐ REMANDED    T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED  ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** GIL046

Date: 6/15/2017 2:24:24 PM

/s/ Frederick P Gilmore
Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

ELECTRONICALLY FILED
6/15/2017 2:24 PM
27-CV-2017-900107.00
CIRCUIT COURT OF
DALLAS COUNTY, ALABAMA
CHERYL STRONG RATCLIFF, CLERK

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

| | |
|---|---|
| LOUISE RICHARDSON<br>Plaintiff, | * <br> * <br> * <br> * <br> * |
| v. | *   CV-2017-_____ |
| FERELLGAS, INC. AND Ficititous Defendants "A" "B", and "C", who are those other persons or Companies who assisted and/or performed maintenance and/or service to the Plaintiffs gas tank and system, which either caused or contributed to the injuries and damages to the plaintiff, all whose true and correct names are unknown to the plaintiff at this time, but will be substituted by amendment once ascertained | * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * <br> * |

## COMPLAINT
(Statement of the Parties)

1. Plaintiff, Louise Richardson is over the age of nineteen and resides in Dallas County, Alabama.

2   Defendant Ferellgas Inc., is a foreign corporation, marketing and providing gas services throughout the State of Alabama, and under this State's law, which was doing business in Dallas County, Alabama, at all times material hereto; and is being sued both in its individual capacity and/or in its Respondeat Superior relationship capacity to its agent and/or employee, who was working within his line and scope of his employment and/or in the furtherance of Defendant's business, at the time gas services were provided to the Plaintiff.

3   Defendant, is over the age of nineteen and is believed to be a resident of the State of Alabama, who was performing services for Defendant Ferellgas in Dallas County, on June

15, 2015, and at all times material hereto, is being sued in his individual and/or official capacity as agent/servant/and/or employee of Defendant Ferellgas, Inc.

4.      Fictitous Defendants, "A", "B", and C", who are those other persons or companies who assisted and/or performed maintenance and/or service to the Plaintiff's gas tank and system, which either caused or contributed to cause the injuries and damages to the plaintiff, all of whose true and correct Names are unknown to the plaintiff at this time, but will be substituted by amendment once ascertained.

## Statement of the Facts

5.      On or about June 15, 2015, the Plaintiff received a marketing card from Ferellgas which, the game card was distributed throughout Dallas County, Alabama, by Ferellgas, Inc., which if there was a winner on the card game, Ferellgas would offer gas for a discounted special price. The Plaintiff's card, was a winner, and the Plaintiff contacted Ferellgas to be able to buy the gas at the special game winner price. As such, she purchased 200 gallons of propane/natural gas from. Later, that day, Ferellgas truck and Ferellgas employee showed up at her home proceeding to fill the tank, upon receipt of Plaintiff's check for $363.98.

6.      After 15 days, on June 30, 2015, her gas tank was empty. During this time, there was order of gas she received to be coming from underneath her home, which would be strong sometimes, and vary other days. However, the smell continued, and then, on June 30, 2015, she ran out of gas.

7.      Defendant told her that the top and/or valve had been left open by the serviceman. Marengo Gas service truck came and put a different cap/valve system on the propane tank, and is the entity who now has control of the Plaintiff's gas services. Defendant Ferellgas did not replace the gas which it claimed leaked out due to its employee negligence, nor did Ferellgas send any reimbursement to the plaintiff for having to refill her tank.

8.      Just prior to June 30, 2015, the Plaintiff began experiencing breathing issues; however, there symptoms continued to deteriorate, eventually sending her to Dr.Fitzgerald's office in Demopolis, AL, who is treating her, currently; as she continues to have serve breathing problems.

## Count I
(NEGLIGENCE/WANTONESS)

9.      Plaintiff realleges all prior paragraphs of this complaint as if set out here in full.

10.     On or about June 15, 2015, Defendant Ferellgas both individually and in its capacity as Respondeat Superior to its employee, who was acting both individually and /or within his capacity as employee/agent of Ferellgas company, negligently and/or wantonly failed to fill the tank properly, either failing to place enough gas in the tank and/or failing to shut off all valves of the tank, so that none of the gas would leak out in and around the Plaintiff's home.

11.     As a proximate consequence of Defendants negligence/wantonness, the Plaintiff was injured and damaged as follows:   she has lost the consideration for which she paid Ferellgas a considerable amount of money for 200 gallons of gas;  she has suffered personal injury; she has suffered a permanent injury; she has incurred medical expenses, and will continue to do so in the future; she has pain and suffering; she has been caused to suffer from emotional distress and mental anguish and will continue to do so in the future; she has lost money; she has otherwise been injured and damaged

WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory damages a jury deems reasonable and may award.

Dated this 15th day of June, 2017

s/ Frederick P. Gilmore
FREDERICK P. GILMORE (GIL046)
Attorney for Plaintiff
**Gilmore Law Office**
713 Selma Ave.
Selma, AL 36701

s/ Frederick P. Gilmore
OF COUNSEL

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>27-CV-2017-900107.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA**
**LOUISE RICHARDSON V. FERRELLGAS**

NOTICE TO: FERRELLGAS, 3627 PINE LANE, BESSEMER, AL 35022

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), Frederick P Gilmore

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 1101 Houston Park, Selma, AL 36701

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of LOUISE RICHARDSON pursuant to the Alabama Rules of the Civil Procedure.

| 6/15/2017 2:24:45 PM | /s/ CHERYL STRONG RATCLIFF | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ Frederick P Gilmore
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*   *(Name of County)*

Alabama on _____
*(Date)*

| | | *(Address of Server)* |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |



AlaFile E-Notice

27-CV-2017-900107.00

To: FERRELLGAS
3627 PINE LANE
BESSEMER, AL, 35022

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF DALLAS COUNTY, ALABAMA

LOUISE RICHARDSON V. FERRELLGAS
27-CV-2017-900107.00

The following complaint was FILED on 6/15/2017 2:24:45 PM

Notice Date:    6/15/2017 2:24:45 PM

CHERYL STRONG RATCLIFF
CIRCUIT COURT CLERK
DALLAS COUNTY, ALABAMA
DALLAS COUNTY COURTHOUSE
P.O. BOX 1148
SELMA, AL, 36702

334-874-2523
cheryl.ratcliff@alacourt.gov